**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**FREDRICK SMITH**                                                                               **PLAINTIFF**

**V.**                    **NO. 2:11CV120-WAP-JMV**

**BANK OF AMERICA, ET AL.**                                              **DEFENDANTS**

### ORDER

Before the court is the defendants' Motion for Substitution of Parties (# 23). The defendants seek an order substituting the proper entities in the place of certain defendants improperly named in the complaint. On August 11, 2011, the court stayed this case for a 90 day period. Accordingly, the motion is **DENIED without prejudice** to the defendants' right to re-urge the motion in the event this case is not resolved by the end of the 90 day period.

**SO ORDERED** this, the 9th day of September, 2011.

                                                               **/s/ Jane M. Virden**
                                                               **U. S. MAGISTRATE JUDGE**